UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES BROWN,                                :

              Plaintiff,         Civil Action
                           :  No. 05-10400-RCL

   v.
                           :

BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                             :

             Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

      Please enter our appearance as counsel of record for defendants Biogen Idec Inc., William Rastetter and James Mullen in the above-captioned action.

| | |
|---|---|
| Dated: April 5, 2005<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Matthew J. Matule (BBO #632075)<br>Michael S. Hines (BBO #653943)<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendants |