UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
CHARLES BROWN,
                                            :
                      Plaintiff,                 Civil Action
                                            :   No. 05-10400-RCL
            v.
                                            :
BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                           :

                      Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

**JOINT STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their respective counsel, hereby stipulate and agree to

extend the time within which the defendants must answer, move, or otherwise respond to the complaint

in this action until 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to

§ 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the

Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a

consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order

issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs

in this action and the plaintiffs in any other action which is filed in this Court and which asserts claims

similar to those alleged in the above-captioned action.

The parties jointly respectfully request that the Court approve the foregoing stipulation.

Dated: April 5, 2005
      Boston, Massachusetts

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

Of Counsel:

Marc A. Topaz
Richard A. Maniskas
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Counsel for
Charles Brown

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for
Biogen Idec Inc., William Rastetter and
James Mullen

SO ORDERED:

Dated: _____

_____
Reginald C. Lindsay
United States District Judge