UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHARLES BROWN,

                                          :

                    Plaintiff,                  Civil Action

                                      :         No. 05-10400-RCL

          v.

                                      :

BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                      :

                    Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT OF BIOGEN IDEC INC.

        Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Biogen Idec Inc. hereby

submits the following corporate disclosure statement:

        Biogen Idec Inc., a Delaware corporation, has no parent corporation and, to its
knowledge, no publicly held company owns more than 10% of its stock.

Dated: April 5, 2005               Respectfully submitted,
       Boston, Massachusetts

                                   /s/ James R. Carroll
                             James R. Carroll (BBO #554426)
                             Matthew J. Matule (BBO #632075)
                             Michael S. Hines (BBO #653943)
                             SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP
                             One Beacon Street
                             Boston, Massachusetts 02108
                             (617) 573-4800

                             Counsel for Defendants