# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,
         Plaintiff

V.

BIOGEN IDEC INC., WILLIAM RASTETTER, and JAMES MULLEN,
         Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10400 RCL

TO: (Name and address of Defendant)  Person Designated to Accept Service, Biogen IDEC, Inc., 14 Cambridge Center, Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]

(By) DEPUTY CLERK

MAR 2 - 2005
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date            Signature of Server

           Address of Server

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

March 17, 2005

I hereby certify and return that on 3/16/2005 at 11:25AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KEVIN FOLEY, agent, person in charge at the time of service for BIOGEN IDEC, INC., at PERSON DESIGNATED TO ACCEPT SERVICE, 14 CAMBRIDGE Center, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.60), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.88

           Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.