UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>   Defendants. | Civil Action No. 05-cv-10400 (RCL) |

**MOTION OF LOUISIANA SCHOOL EMPLOYEES' RETIREMENT SYSTEM AND MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM OF LOUISIANA TO CONSOLIDATE ALL ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL <u>OF ITS SELECTION OF LEAD COUNSEL</u>**

**ADDITIONAL CAPTIONS ON NEXT PAGE**

| | |
|---|---|
| CARY GRILL, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>       Defendants. | Civil Action No. 05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>       Defendants. | Civil Action No. 05-cv-10801 (RCL) |

The Louisiana School Employees' Retirement System ("LSERS") and the Municipal Police Employees' Retirement System of Louisiana ("MPERS"), collectively (the "Louisiana Funds") by its counsel, hereby respectfully move this Court to: (i) consolidate all related actions; (ii) appoint the Louisiana Funds as Lead Plaintiffs in the consolidated securities class action; and (iii) approve its selection and retention of Berman DeValerio Pease Tabacco Burt & Pucillo as Lead Counsel.

In support of its Motion, the Louisiana Funds submit herewith a Memorandum of Points and Authorities, the Declaration of Jeffrey C. Block, Esq., and a Proposed Order.

Date:  May 2, 2005                Respectfully submitted,


/s/ Jeffrey C. Block_____
**BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO**
Jeffrey C. Block (BBO# 600747)
Leslie R. Stern (BBO# 631201)
One Liberty Square
Boston, MA 02109
617/542-8300 Telephone
617/542-1194 Facsimile

**[Proposed] Lead Counsel**

1