**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHARLES BROWN, Individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

BIOGEN IDEC INC., WILLIAM
RASTETTER AND JAMES MULLEN,

       Defendants.

Civil Action No. 05-cv-10400 (RCL)

**<u>CERTIFICATE OF SERVICE</u>**

**ADDITIONAL CAPTIONS ON NEXT PAGE**

| | |
|---|---|
| CARY GRILL, Individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>            Defendants. | Civil Action No. 05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>            Defendants. | Civil Action No. 05-cv-10801 (RCL) |

I, Sandra F. Melloul, hereby certify that true copies of the following documents were served upon all counsel listed on the attached service list, via United States Mail, First Class, Postage Pre-Paid

    1.    Motion of Louisiana School Employees' Retirement System and Municipal Police Employees' Retirement System of Louisiana to Consolidate All Actions, For Appointment As Lead Plaintiff, and for Approval of Its Selection of Lead Counsel;

    2.    Memorandum of Points and Authorities in Support of Motion of Louisiana School Employees' Retirement System and  Municipal Police Employees' Retirement System of Louisiana to Consolidate All Actions, For Appointment As Lead Plaintiff, and for Approval of Its Selection of lead counsel;

3.      Declaration of Jeffrey C. Block, Esq., In Support of Motion of Louisiana School Employees' Retirement System and  Municipal Police Employees' Retirement System of Louisiana to Consolidate All Actions, For Appointment As Lead Plaintiff, and for Approval of Its Selection of Lead counsel; and

4.      [PROPOSED] Order Consolidating Related Cases and Appointing Lead Plaintiff, Lead Counsel and Liaison Counsel.

Date: May 2, 2005                                    /s/   Sandra F. Melloul
                                                     Sandra Melloul

## SERVICE LIST

Douglas M. Brooks, Esq.
David Pastor, Esq.
**Gilman and Pastor, LLP**
999 Broadway, Suite 500
Saugus, MA 01906
T 781-231-7850
F 781-231-7840

Michael Goldberg, Esq.
Dale MacDiarmid
**Glancy, Binkow & Goldberg LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
T 310-201-9150
F 310-201-9160

Eric J. Belfi, Esq.
Aaron D. Patton, Esq.
**Murray, Frank & Sailer LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
T 212-682-1818
F 212-682-1892

Marc Topaz, Esq.
Richard Maniskas, Esq.
**Schiffrin & Barroway LLP**
280 King of Prussia Road
Radnor, PA 19087
T 610-667-7706
F 610-667-7056

James R. Carroll, Esq.
**Skadden Arps, Slate, Meagher & Flom**
One Beacon Street, 31st Floor
Boston, MA 02108
T 617-573-4800
F 617-573-4822

Tzivia Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
T 212-687-7230
F 212-490-2022