UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------X
CHARLES BROWN, Individually and on Behalf of   :
All Others Similarly Situated,                 :
                                               :    05 CV 10400 (RCL)
                        Plaintiff,             :
                                               :
            vs.                                :
                                               :
BIOGEN IDEC INC., WILLIAM RASTETTER,           :
and JAMES MULLEN,                              :
                                               :
                        Defendants.            :
                                               :
-----------------------------------------------------------------X
```

[Additional Captions Set Forth Below]

**MOTION OF ROCHELLE LOBEL FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF PURSUANT TO § 21D(A)(3)(B) OF THE SECURITIES
EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL**

```
-----------------------------------------------------------------X
                                                                 :
CARY GRILL, Individually and on Behalf of                        :
All Others Similarly Situated,                                   :
                                                                 :
                            Plaintiff,                           :   05 CV 10453 (RCL)
                                                                 :
         vs.                                                     :
                                                                 :
BIOGEN IDEC INC., WILLIAM RASTETTER,                             :
and JAMES MULLEN,                                                :
                                                                 :
                            Defendants.                          :
-----------------------------------------------------------------X
                                                                 :
ROCHELLE LOBEL, Individually and on Behalf of                    :
All Others Similarly Situated,                                   :
                                                                 :
                            Plaintiff,                           :   05 CV 10801 (RCL)
                                                                 :
         vs.                                                     :
                                                                 :
BIOGEN IDEC INC., WILLIAM RASTETTER,                             :
and JAMES MULLEN,                                                :
                                                                 :
                            Defendants.                          :
-----------------------------------------------------------------X
```

{00004658.DOC ; 1}

Plaintiff Rochelle Lobel (the "Lobel" or "Movant"), through her undersigned counsel, hereby moves this Court for an order: (i) consolidating for all purposes related actions filed against Biogen Corporation, William Rastetter, and James Mullen for violations of the Securities Exchange Act of 1934 (the "Exchange Act"), pursuant to Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Movant as Lead Plaintiff on behalf of purchasers of Biogen common stock, pursuant to Section 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, and (iii) approving Movant's selection of Lead Counsel.

The Motion is brought on the grounds that the actions filed against Biogen Corporation, William Rastetter, and James Mullen are substantially identical because each alleges claims for violations of §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, based upon similar factual allegations against the same defendants. In addition, consolidation of these cases will promote efficiency.

The Motion is also made on the grounds that Movant believes she is the most adequate lead plaintiff, having suffered total estimated losses of $20,904.50. In addition, Movant meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because her claims are typical of class members' claims and she will fairly and adequately represent the Class.

The facts and law supporting the Motion are fully set forth in the accompanying Memorandum of Law in Support of the Motion of Rochelle Lobel for Consolidation of Related Cases, Appointment as Lead Plaintiffs pursuant to §21D of the Exchange Act, and Approval of Lead Plaintiffs' Choice of Lead Counsel.

Dated: May 2, 2005

{00004658.DOC ; 1}                                   1

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ Douglas Brooks
    Douglas Brooks (BBO# 058850)
    David Pastor (BBO# 391000)
    60 State Street
    37th Floor
    Boston, MA  02109
    (617) 742-9700

**Proposed Liaison Counsel**
**For Plaintiffs and the Class**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Michael J. Klein
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Proposed Lead Counsel For**
**Plaintiffs and The Class**