UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHARLES BROWN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

BIOGEN IDEC INC., WILLIAM RASTETTER, and JAMES MULLEN,

        Defendants.

---

05 CV 10400 (RCL)

[Additional Captions Set Forth Below]

## AFFIDAVIT OF MICHAEL J. KLEIN

```
-----------------------------------------------------------------X
                                                                 :
CARY GRILL, Individually and on Behalf of                        :
All Others Similarly Situated,                                   :
                                                                 :
                      Plaintiff,                                 :   05 CV 10453 (RCL)
                                                                 :
       vs.                                                       :
                                                                 :
BIOGEN IDEC INC., WILLIAM RASTETTER,                             :
and JAMES MULLEN,                                                :
                                                                 :
                      Defendants.                                :
-----------------------------------------------------------------X
                                                                 :
ROCHELLE LOBEL, Individually and on Behalf of                    :
All Others Similarly Situated,                                   :
                                                                 :
                      Plaintiff,                                 :   05 CV 10801 (RCL)
                                                                 :
       vs.                                                       :
                                                                 :
BIOGEN IDEC INC., WILLIAM RASTETTER,                             :
and JAMES MULLEN,                                                :
                                                                 :
                      Defendants.                                :
-----------------------------------------------------------------X
```

MICHAEL J. KLEIN, being duly sworn, deposes and says:

1. I am a member of the law firm of Stull, Stull & Brody. I respectfully submit this Affidavit in Support of Rochelle Lobel for (i) Appointment as Lead Plaintiff; and (ii) Approval of her Choice of Counsel.

2. Attached hereto are copies of the following documents:

   A. The March 2, 2005 Notice of Pendency of Class Action against Defendants for violation of certain provisions of the federal securities laws for the class period February 18, 2004 and February 25, 2005, inclusive.

   B. The Lead Plaintiff Certification of Rochelle Lobel in Biogen securities;

   C. Chart setting forth purchases, sales and losses of Rochelle Lobel in Biogen securities;

   D. Firm Résumé of Stull, Stull & Brody; and

   E. Firm Résumé of Gilman & Pastor, LLP

Signed under the pains and penalties of perjury this 2nd day of May, 2005.

_____
Michael J. Klein