**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-----------------------------------------------------------------X
CHARLES BROWN, Individually and on Behalf of    :
All Others Similarly Situated,                  :
                                                :   05 CV 10400 (RCL)
                              Plaintiff,        :
                                                :
               vs.                              :
                                                :
BIOGEN IDEC INC., WILLIAM RASTETTER,            :
and JAMES MULLEN,                               :
                                                :
                              Defendants.       :
                                                :
-----------------------------------------------------------------X
```

[Additional Captions Set Forth Below]


**[PROPOSED] ORDER (I) CONSOLIDATING ALL RELATING
ACTIONS; (II) APPOINTING ROCHELLE LOBEL AS LEAD PLAINTIFF;
AND (III) APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

```
------------------------------------------------------------X
                                                            :
CARY GRILL, Individually and on Behalf of                   :
All Others Similarly Situated,                              :
                                                            :
                    Plaintiff,                              :   05 CV 10453 (RCL)
                                                            :
        vs.                                                 :
                                                            :
BIOGEN IDEC INC., WILLIAM RASTETTER,                        :
and JAMES MULLEN,                                           :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X
                                                            :
ROCHELLE LOBEL, Individually and on Behalf of               :
All Others Similarly Situated,                              :
                                                            :
                    Plaintiff,                              :   05 CV 10801 (RCL)
                                                            :
        vs.                                                 :
                                                            :
BIOGEN IDEC INC., WILLIAM RASTETTER,                        :
and JAMES MULLEN,                                           :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X
```

This Court, having considered the motion of Rochelle Lobel for consolidation, appointment as Lead Plaintiff, and approval of selection of lead counsel and the memorandum of law and affidavit of Michael J. Klein, in support thereof, and good cause appearing therefore, hereby makes the following order:

CONSOLIDATION

1.  All actions identified in the captions above and any other related actions which have been or will be filed against Biogen Idec, Inc., William Rastetter, and James Mullen for violations of the Securities Exchange Act of 1934 shall be hereby consolidated.

2.  The caption of these consolidated class actions shall be "In re Biogen Idec, Inc. Securities Litigation" and the files of these consolidated actions shall be maintained in one master file under Master File No. 05-CV-10400 (RCL). Any other related individual or class actions now pending or hereafter filed in the District of Massachusetts shall be consolidated as part of the In re Biogen Idec, Inc. Securities Litigation as and when they are brought to the attention of the Court.

3.  Henceforth, every pleading or other such document in these consolidated actions, which ordinarily contains a pleading caption, shall bear the following caption:

```
-------------------------------------------------------X
                                                       :
IN RE BIOGEN IDEC, INC.                                :    Master File No. 01-CV-11464 (JLT)
SECURITIES LITIGATION                                  :
                                                       :
-------------------------------------------------------X
```

4.  A Master Docket and Master File are hereby established for these consolidated proceedings. The clerk shall file all pleadings or papers in the Master File and note such filing in the Master Docket. No further copies need to be filed or docket entries made.

5.	Having considered the provisions of § 21D (a)(3)(B) of the Securities Exchange Act of 1934, it is hereby ordered that Rochelle Lobel constitutes the "most adequate plaintiff" and that Rochelle Lobel satisfies the requirements of the Exchange Act. The Court hereby appoints Rochelle Lobel as Lead Plaintiffs in this action.

6.	Pursuant to § 21D(a)(3)(B)(v) of the Exchange Act, Lead Plaintiff has selected and retained the law firm of Stull, Stull & Brody as lead counsel and the law firm of Gilman & Pastor, LLP as Liaison Counsel. The Court approves Lead Plaintiff's retention of counsel and appoints Stull, Stull & Brody as Lead Counsel and Gilman & Pastor, LLP as Liaison Counsel.

SO ORDERED THIS _____ day of _____, 2005:

_____
U.S.D.J.