UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | |

**DECLARATION OF NANCY FREEMAN GANS IN SUPPORT OF THE MOTION OF THE BIOGEN INSTITUTIONAL INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL**

I, Nancy Freeman Gans, under penalties of perjury, hereby declares:

1.      I am a partner of the law firm of Moulton & Gans, P.C. ("Moulton & Gans"). I submit this declaration in support of the motion of the Biogen Institutional Investor Group for Consolidation, Appointment As Lead Plaintiff, And Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel and Liaison Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the first published PSLRA notice by plaintiff in the action *Brown v. Biogen Idec, Inc., et al.* No. 1:05-cv-10400 (RCL) (D. Mass. filed on March 2, 2005). Notice was published on the *PR Newswire*.

3.      Attached hereto as Exhibit B are true and accurate copies of the certifications of The New Jersey Carpenters Pension and Annuity Funds, Folksom Asset Management, Third Millennium Trading, LLP, the Deerfield Beach Non-Uniformed Municipal Employees Retirement Plan and the Plumbers and Pipefitters Local No. 520 Pension Fund (collectively, the "Biogen Institutional Investor Group").

4.      Attached hereto as Exhibit C is a chart analyzing the Biogen Institutional Investor Group's financial interest in this action.

5.      Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

6.      Attached hereto as Exhibit E is the firm resume of Entwistle & Cappucci, LLP.

7.      Attached hereto as Exhibit F is the firm resume of Moulton & Gans, P.C.

Dated:   May 2, 2005              /s/ Nancy Freeman Gans
         New York, New York       NANCY FREEMAN GANS

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                  /s/ Nancy Freeman Gans
                                  Nancy Freeman Gans