UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>    Defendants. | Civil Action No. 05-10400-RCL<br><br>CLASS ACTION |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>    Defendants. | Civil Action No. 05-10453-RCL<br><br>CLASS ACTION |

[Caption continued on following page.]

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR
APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>　　　　　　　　Defendants. | ) Civil Action No. 05-10801-RCL<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Class members The London Pensions Fund Authority and National Elevator Industry Pension Fund, hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing The London Pensions Fund Authority and National Elevator Industry Pension Fund as Lead Plaintiffs; (iii) approving the The London Pensions Fund Authority and National Elevator Industry Pension Fund's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Shapiro Haber & Urmy LLP to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, The London Pensions Fund Authority and National Elevator Industry Pension Fund submit herewith a Memorandum of Law and Declaration of Theodore M. Hess-Mahan, dated May 2, 2005.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), The London Pensions Fund Authority and National Elevator Industry Pension Fund hereby request oral argument on this Motion.

DATED: May 2, 2005

/s/Theodore M. Hess-Mahan
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
 53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)

[Proposed] Liaison Counsel

- 1 -

- 2 -

      LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
      SAMUEL H. RUDMAN
      DAVID A. ROSENFELD
      MARIO ALBA JR.
      200 Broadhollow Road, Suite 406
      Melville, NY 11747
      Telephone: 631/367-7100
      631/367-1173 (fax)

      LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
      WILLIAM S. LERACH
      DARREN J. ROBBINS
      PATRICK W. DANIELS
      401 B Street, Suite 1600
      San Diego, CA 92101
      Telephone: 619/231-1058
      619/231-7423 (fax)

      [Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>              Defendants. | Civil Action No. 05-10400-RCL<br><br><u>CLASS ACTION</u> |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>              Defendants. | Civil Action No. 05-10453-RCL<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFFS AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10801-RCL<br><br><u>CLASS ACTION</u> |

Having considered the motion of The London Pensions Fund Authority and National Elevator Industry Pension Fund for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Theodore M. Hess-Mahan, in support thereof, and good cause appearing therefor:

1.   The Actions are hereby consolidated;

2.   The London Pensions Fund Authority and National Elevator Industry Pension Fund are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3.   The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel and the law firm of Shapiro Haber & Urmy LLP is hereby appointed Liaison Counsel.

IT IS SO ORDERED.


DATED: _____        _____
                                      THE HONORABLE REGINALD C. LINDSAY
                                      UNITED STATES DISTRICT JUDGE