UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>                Defendants. | Civil Action No. 05-10400-RCL<br><br>CLASS ACTION |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>                Defendants. | Civil Action No. 05-10453-RCL<br><br>CLASS ACTION |

[Caption continued on following page.]

LOCAL RULE 7.1(A)(2) CERTIFICATION

| | |
|---|---|
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>       vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>                          Defendants. | )  Civil Action No. 05-10801-RCL<br>)<br>)  <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     Pursuant to Civil Local Rule 7.1(a)(2), counsel hereby certifies that they have conferred and attempted in good faith to resolve or narrow the issue before the Court.  Specifically, on April 29, 2005, proposed lead counsel for The London Pensions Fund Authority and National Elevator Industry Pension Fund conferred with counsel for defendants to discuss the substance of its motion for appointment as Lead Plaintiff and approval of Lead and Liaison Counsel.  Counsel for defendants took no position on the filing of the motion.

DATED:  May 2, 2005                                  **/s/Theodore M. Hess-Mahan**