UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>         Defendants. | Civil Action No. 05-cv-10400 (RCL) |

**CERTIFICATE OF SERVICE**

**ADDITIONAL CAPTIONS ON NEXT PAGE**

| | |
|---|---|
| CARY GRILL, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>            Defendants. | Civil Action No. 05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>BIOGEN IDEC INC., WILLIAM RASTETTER AND JAMES MULLEN,<br><br>            Defendants. | Civil Action No. 05-cv-10801 (RCL) |

      I, Sandra F. Melloul, hereby certify that true copies of the The Louisiana Funds' Memorandum Concerning Their Motion For Entry of an order Consolidating all related actions, Appointing the Louisiana Funds' as the Lead Plaintiffs and approving their selection of Lead Counsel, was served upon all counsel listed below, via United States Mail, First Class, Postage Pre-Paid.

Date:   May 13, 2005                    /s/ Sandra Melloul
                                        Sandra F. Melloul

2

**Service List**

Douglas M. Brooks, Esq.
David Pastor, Esq.
**Gilman and Pastor, LLP**
999 Broadway, Suite 500
Saugus, MA 01906
T 781-231-7850
F 781-231-7840

Michael Goldberg, Esq.
Dale MacDiarmid
**Glancy, Binkow & Goldberg LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
T 310-201-9150
F 310-201-9160

Eric J. Belfi, Esq.
Aaron D. Patton, Esq.
**Murray, Frank & Sailer LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
T 212-682-1818
F 212-682-1892

Marc Topaz, Esq.
Richard Maniskas, Esq.
**Schiffrin & Barroway LLP**
280 King of Prussia Road
Radnor, PA 19087
T 610-667-7706
F 610-667-7056

James R. Carroll, Esq.
**Skadden Arps, Slate, Meagher & Flom**
One Beacon Street, 31st Floor
Boston, MA 02108
T 617-573-4800
F 617-573-4822

Tzivia Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
T 212-687-7230
F 212-490-2022

Nancy Gans, Esq.
Moulton & Gans
33 Broad Street, Ste. 1100
Boston, MA 02109