## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on May 16, 2005, I caused a true and correct copy of the attached:

MEMORANDUM IN FURTHER SUPPORT OF THE MOTION OF THE LONDON PENSIONS FUND AUTHORITY AND NATIONAL ELEVATOR INDUSTRY PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS; AND

DECLARATION OF THEODORE M. HESS-MAHAN IN FURTHER SUPPORT OF THE MOTION OF THE LONDON PENSIONS FUND AUTHORITY AND NATIONAL ELEVATOR INDUSTRY PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                                                                                                /s/David A. Rosenfeld
                                                                                                                              David A. Rosenfeld

BIOGEN IDEC

Service List - 5/2/2005   (05-0089)

Page 1 of 2

**Counsel For Defendant(s)**

James R. Carroll
Matthew J. Matule
Michael S. Hines
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108
   617/573-4800
   617/573-4822 (Fax)

**Counsel For Plaintiff(s)**

David Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
   617/742-9700
   617/742-9701 (Fax)

Michael Goldberg
Dale MacDiarmid
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

William S. Lerach
Darren J. Robbins
Ramzi Abadou
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Eric J. Belfi
Aaron D. Patton
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)

BIOGEN IDEC

Service List - 5/2/2005    (05-0089)

Page 2 of 2

Jules Brody
Aaron Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (Fax)