UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.<br><br>       Defendants. | Civil Action No. 05-10400-RCL<br><br>CLASS ACTION |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC.,et al.<br><br>       Defendants. | Civil Action No. 05-10453-RCL<br><br>CLASS ACTION |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC.et al.<br><br>       Defendants. | Civil Action No. 05-10801-RCL<br><br>CLASS ACTION |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: June 1, 2005

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Attorney for Plaintiffs