# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>    Defendants. | Civil Action No. 05-10400-RCL |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>    Defendants. | Civil Action No. 05-10453-RCL |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>    Defendants. | Civil Action No. 05-10801-RCL |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Mario Alba Jr., Lerach Coughlin Stoia Geller

Rudman & Robbins LLP 200 Broadhollow, Suite 406, Melville, NY 11747-4806, telephone (631) 367-7100, facsimile (631) 367-1173, e-mail malba@lerachlaw.com, as counsel for proposed lead plaintiffs The London Pensions Fund Authority and National Elevator Industry Pension Fund. As reasons therefore, the undersigned counsel states as follows:

1. Mr. Alba is and has been a member in good standing of the bar of the State of New York since 2003.

2. There are no disciplinary proceedings pending against Mr. Alba as a member of the bar in any jurisdiction.

3. Mr. Alba has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Alba has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Alba be admitted to practice before this Court *pro hac vice*.

DATED: June 2, 2005                              Respectfully submitted,

                                    **/s/Theodore M. Hess-Mahan**
                                    Thomas G. Shapiro BBO #454680
                                    Theodore M. Hess-Mahan BBO #557109
                                     53 State Street
                                    Boston, MA  02109
                                    Telephone:  617/439-3939
                                    617/439-0134 (fax)

                                    [Proposed] Liaison Counsel

          LERACH COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
          SAMUEL H. RUDMAN
          DAVID A. ROSENFELD
          MARIO ALBA JR.
          200 Broadhollow Road, Suite 406
          Melville, NY 11747
          Telephone:  631/367-7100
          631/367-1173 (fax)

          LERACH COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
          WILLIAM S. LERACH
          DARREN J. ROBBINS
          PATRICK W. DANIELS
          401 B Street, Suite 1600
          San Diego, CA  92101
          Telephone:  619/231-1058
          619/231-7423 (fax)

          [Proposed] Lead Counsel for Plaintiffs

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion.  Counsel for Defendants and the Biogen Institutional Investor Group do not oppose this motion.

          **/s/Theodore M. Hess-Mahan**
          Theodore M. Hess-Mahan

# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Mario Alba, Jr., hereby certify that:

1. I was admitted to the bar of the State of New York in 2003.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

>MARIO ALBA, JR.
>Lerach Coughlin Stoia Geller Rudman & Robbins LLP
>200 Broadhollow Road, Suite 406
>Melville, NY 11747
>Telephone: 631/367-7100
>631/367-1173 (fax)
>MAlba@lerachlaw.com

Dated: April 29, 2005

_____
MARIO ALBA, JR.