UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>Defendants. | Civil Action No. 05-10400-RCL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Thomas G. Shapiro of the law firm of Shapiro Haber & Urmy, LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Movants London Pensions Fund Authority and National Elevator Industry Pension Fund in the above-captioned matter.

Dated: July 7, 2005                         Respectfully submitted,


  /s/   Thomas G. Shapiro
Thomas G. Shapiro BBO#454680
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Phone: (617) 439-3939