UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | : 1:05-cv-10400 (RCL) <br> : <br> : |

## UNOPPOSED PLAINTIFFS' JOINT MOTION TO CHANGE HEARING DATE

The Biogen Institutional Investor Group and The London Pensions Fund Authority and National Elevator Industry Pension Fund in the above-entitled case jointly move this Court to adjourn the hearing set for Monday August 8, 2005 at 2:30 p.m. until Monday, September 12, 2005 at 2:30 p.m. on the grounds that several counsel are unable to appear on August 8, 2005.

Dated:  August 1, 2005

Respectfully submitted:

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109
Telephone:  (617) 369-7979


**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Anita B. Kartalopoulos
Peter E. Seidman
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

-1-

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
299 Park Avenue
New York, NY  10171
(212) 894-7200

**Counsel for the Biogen Institutional Investor Group**


**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow Road, Suite 406
Melville, New York 11797
(631) 367-7100

**Counsel for The London Pensions Fund Authority and National Elevator Industry Pension Fund**


## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on July 28, 2005, I consulted with Matthew J. Matule, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all Defendants, concerning the within Motion .  Defendants do not oppose this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans


## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans
Nancy Freeman Gans