UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>                Defendants. | Civil Action No. 05-10400-RCL<br><br>CLASS ACTION |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>                Defendants. | Civil Action No. 05-10453-RCL<br><br>CLASS ACTION |

[Caption continued on following page.]

MOTION FOR PARTICULARIZED DISCOVERY
PURSUANT TO 15 U.S.C. § 78U-4(A)(3)(B)(IV)

| | |
|---|---|
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>BIOGEN IDEC INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10801-RCL<br><br><u>CLASS ACTION</u> |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Class members The London Pensions Fund Authority and National Elevator Industry Pension Fund, hereby move this Court for an Order: (i) granting, in accordance with 15 U.S.C. § 78u-4(a)(3)(B)(iv), the particularized discovery set forth in the accompany memorandum; or, alternatively, (ii) denying the motion of the Biogen Institutional Investor Group for appointment as lead plaintiff for its failure to comply with the Court-ordered discovery. In support of this Motion, The London Pensions Fund Authority and National Elevator Industry Pension Fund submit herewith a Memorandum of Law, the Declaration of Theodore M. Hess-Mahan, dated September 9, 2005 and the Declaration of R. Steven Aronica, also dated September 9, 2005.

DATED: September 9, 2005                    SHAPIRO HABER & URMY LLP


                                            /S/
                                  THEODORE M. HESS-MAHAN

                                  THEODORE M. HESS-MAHAN
                                   53 State Street
                                   Boston, MA  02109
                                   Telephone:  617/439-3939
                                   617/439-0134 (fax)

                                  [Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone:  631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
PATRICK W. DANIELS
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 37.1(A)(2)

I hereby certify the parties' counsel conferred in a good faith effort to narrow or resolve the issues raised in this motion, as detailed in the exhibits attached to the accompanying Declaration of Theodore M. Hess-Mahan submitted in support hereof.  The parties were unable to reach agreement.

**/s/Theodore M. Hess-Mahan**