# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | :   1:05-cv-10400 (RCL)<br>:<br>: |

## PLAINTIFFS' JOINT MOTION TO CHANGE HEARING DATE

The Biogen Institutional Investor Group and The London Pensions Fund Authority and National Elevator Industry Pension Fund in the above-entitled case jointly move this Court to adjourn the hearing set for Monday September 12, 2005 at 2:30 p.m. until October 24, 25, 27 or 28, 2005 at the convenience of the Court. As grounds for this Motion, Plaintiffs state that the discovery ordered by the Court is not yet completed and the postponement will allow such completion and facilitate the Court's decision on the pending Motion. Defense counsel takes no position on this motion.

Dated:  September 9, 2005

Respectfully submitted:

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109
Telephone:  (617) 369-7979

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Sanford P. Dumain
Richard H. Weiss
One Pennsylvania Plaza
New York, NY 10119
Telephone:  (212) 594-5300

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
299 Park Avenue
New York, NY  10171
Telephone:  (212) 894-7200

**Counsel for the Biogen Institutional Investor Group**


**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow Road, Suite 406
Melville, New York 11797
Telephone:  (631) 367-7100

**Counsel for The London Pensions Fund Authority and National Elevator Industry Pension Fund**


## <u>LOCAL RULE 7.1 CERTIFICATE</u>

I, Nancy Freeman Gans, hereby certify that on September 9, 2005, I consulted with Matthew J. Matule, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all Defendants, concerning the within Motion.  Defendants take no position on this Motion.

<u>/s/ Nancy Freeman Gans</u>
Nancy Freeman Gans


## <u>CERTIFICATE OF SERVICE</u>

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

<u>/s/ Nancy Freeman Gans</u>
Nancy Freeman Gans