≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

| CHARLES BROWN | **EXHIBIT AND WITNESS LIST** |
| V. | |
| BIOGEN IDEC, INC., ET AL | Case Number: CA 05-10400-RCL |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>VARIOUS COUNSEL | DEFENDANT'S ATTORNEY<br>VARIOUS COUNSEL |
|---|---|---|
| TRIAL DATE (S)<br>9/23/2005 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/05 | X | X | (LONDON EXHIBIT) CHART |
| 2 | | 9/23/05 | X | X | (LONDON EXHIBIT ) CLASS ACTION INFORMATION |
| 3 | | 9/23/05 | X | X | (LONDON EXHIBIT) TRADE ANALYSIS |
| 4 | | 9/23/05 | X | X | (LONDON EXHIBIT) THIRD MILLENNIUM TRADES dtd. 1/27/2005 |
| 5 | | 9/23/05 | X | X | (LONDON EXHIBIT) PAYOFF PROFILE dtd. 1/27/2005 |
| 6 | | 9/23/05 | X | X | (LONDON EXHIBIT) PAYOFF PROFILE dtd. 1/27/2005 |
| 7 | | 9/23/05 | X | X | (LONDON EXHIBIT) HORATIO CALENDAR SPREAD |
| | A | 9/23/05 | X | X | (BIOGEN EXHIBIT) PRESENTATION MATERIALS FOR ORAL ARGUMENT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1         Pages