UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | 1:05-cv-10400 (RCL) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiffs in the above-captioned action. I was admitted to practice in this District on March 18, 2004. I hereby request that all notices, pleadings and other documents given or filed in these cases be given and served upon:

> Shannon L. Hopkins
> Milberg Weiss Bershad & Schulman LLP
> One Pennsylvania Plaza, 48th Floor
> New York, NY 10119
>
> Attorney For Plaintiffs

Dated: October 5, 2005

By: /s/ Shannon L. Hopkins
Shannon L. Hopkins (BBO# 657485 )
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorney for Plaintiffs