UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | : 1:05-cv-10400 (RCL)<br>:<br>: |

**ASSENTED-TO MOTION OF LEAD PLAINTIFF TO SET DATE FOR FILING OPPOSITION TO OBJECTIONS TO THE MAGISTRTATE JUDGE'S LEAD PLAINTIFF ORDER**

Whereas, on September 23, 2005, Magistrate Judge Bowler entered an Order appointing the New Jersey Carpenters Pension and Annuity Funds, Folksam Asset Management, Third Millennium Trading LLP ("Third Millenium"), the Deerfield Beach Non-Uniformed Municipal Employees Retirement Plan, the Plumbers and Pipefitters Local No. 520 Pension Fund and Horatio Capital, LLC ("Horatio") (collectively, the "Biogen Institutional Investor Group") as Lead Plaintiff and appointing Milberg Weiss Bershad & Schulman LLP and Entwistle & Cappucci as Lead Counsel and Moulton & Gans, P.C. as Liaison Counsel ("the Order"); and

Whereas, on October 7, 2005, the London Pension Fund Authority (the "London Fund") and National Elevator Industry Pension Fund (collectively, the "London Group") filed an Objection to the Magistrate Judge's Order Appointing Lead Plaintiffs and Lead Counsel ("the Objection");

Now, the Biogen Institutional Investor Group moves this Court for an Order stating that it shall file its Opposition to the Objection on Tuesday, October 25, 2005.

    Defendants and the London Group assent to this Motion.

Dated: October 20, 2005

Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

*Plaintiff's Liaison Counsel*

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
280 Park Ave, 26 Floor West,
New York, NY 10017
Telephone: (212) 894-7200

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Sanford P. Dumain
Richard Weiss
Andrei V. Rado
Ann Lipton
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300

*Plaintiff's Co-Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

    I, Nancy Freeman Gans, hereby certify that on Thursday, October 20, 2005, I spoke with David Rosenfeld, Esquire, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for the London Pensions Fund Authority and National Elevator Industry Pension Fund, concerning the within Motion. I also consulted by telephone with Michael S. Hines, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all Defendants, concerning the within Motion. All parties assent to this motion.

                                                   /s/ Nancy Freeman Gans
                                                   Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans  
Nancy Freeman Gans