# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | : : : | C.A. No. 05-10400 (RCL) |
|---|---|---|

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Vincent R. Cappucci, Esquire, and Stephen D. Oestreich, Esquire, of Entwistle & Cappucci LLP, of New York, New York, for the Biogen Institutional Investor Group. Attorneys Cappucci and Oestreich each certify (see Certificates attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

Dated: November 5, 2005

Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re BIOGEN IDEC, INC.,<br>Securities Litigation | C.A. No: 05-10400-RCL |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO**
**LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of

Massachusetts, I, Vincent R. Cappucci, Esq., hereby certify that:

1.    I am a member in good standing of the bars of the State of New York, all U.S.

District Courts within the State of New York, the Second, Fifth, Seventh and Ninth U.S. Circuit

Court of Appeals and the United States Supreme Court.

2.    There are no disciplinary proceedings pending against me as a member of the

foregoing bars; and

3.    I have read and am familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

Entwistle & Cappucci LLP

By: _____
Vincent R. Cappucci, Esq.
299 Park Avenue
14th Floor
New York, New York 10171
(212) 894-7200

Dated: October 4, 2005

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

In Re BIOGEN IDEC, INC.,
Securities Litigation

C.A. No: 05-10400-RCL

### CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO
### LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of

Massachusetts, I, Stephen D. Oestreich, Esq., hereby certify that:

1.    I am a member in good standing of the bars of the State of New York, all U.S.

District Courts within the State of New York, the First, Second and Ninth U.S. Circuit Court of

Appeals and the United States Supreme Court.

2.    There are no disciplinary proceedings pending against me as a member of the

foregoing bars; and

3.    I have read and am familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

Entwistle & Cappucci LLP

By: _____
      **Stephen D. Oestreich, Esq.**
      **299 Park Avenue**
      **14th Floor**
      **New York, New York 10171**
      **(212) 894-7200**

Dated: October 5, 2005