UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
IN RE BIOGEN IDEC, INC.,             :    Civil Action
SECURITIES LITIGATION                :    No. 05-10400-RCL
------------------------------------ x
```

## NOTICE OF APPEARANCE

   Please enter my appearance as counsel of record for defendants Biogen Idec Inc., William Rastetter and James Mullen in the above-captioned action.

| | |
|---|---|
| Dated: November 9, 2005<br>   Boston, Massachusetts | Respectfully submitted,<br><br> /s/ Michael S. Hines<br>Michael S. Hines (BBO #653943)<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendants |

## CERTIFICATE OF SERVICE

   I, Michael S. Hines, hereby certify that on November 9, 2005, I caused a true copy of the foregoing Notice Of Appearance to be served electronically via the Court's Electronic Filing System upon counsel of record for plaintiffs.

| | |
|---|---|
| Dated: November 9, 2005 |  /s/ Michael S. Hines<br>Michael S. Hines |