UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE: BIOGEN IDEC, INC., SECURITIES LITIGATION | :  1:05-CV-10400 (RCL) <br> : <br> : |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

> Moulton & Gans, P.C.
> 55 Cleveland Road
> Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

| | |
|---|---|
| Telephone Number: | 781-235-2246 |
| Fax Number: | 781-239-0353. |

Dated: January 12, 2006                    Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109
(617) 369-7979

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 12, 2006.

/s/ Nancy Freeman Gans
Nancy Freeman Gans