UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION, | Civil Action No. 1:05-cv-10400 (RCL) |

**OPPOSITION OF THE BIOGEN INSTITUTIONAL INVESTOR GROUP TO THE MOTION OF THE LONDON PENSIONS FUND AUTHORITY AND NATIONAL ELEVATOR INDUSTRY PENSION FUND FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

The motion of the London Pension Fund Authority and National Elevator Industry Pension Fund (the "London group") for leave to file supplemental authority should be denied for the following reasons.

First, because the purported authority -- an unpublished decision of a district court from another circuit -- was decided after Magistrate Judge Bowler ruled on the motion, it cannot support the conclusion that the ruling was "clearly erroneous or contrary to law." *Harvard Pilgrim Health Care of New Eng. v. Thompson*, 318 F. Supp. 2d 1, 12 (D. R.I. 2004) quoting Fed R. Civ. P. 72(a); *see also SmithKline Beecham Corp. v. Apotex Corp.*, No. 98-C-3952, 2000 U.S. Dist. LEXIS 13606, at *7 (N.D. Ill. Sept. 12, 2000) ("In reviewing a magistrate judge's nondispositive order for clear error, we may only properly consider the evidence that was before the magistrate judge at the time of the order. If we were to permit the introduction of new evidence at this stage, we would essentially be conducting an impermissible de novo review of the order.") Accordingly, the London Group's motion for leave to file supplemental authority should be denied because, even if it the facts of that case were analogous, which they are not, it could not form the basis for reversing Judge Bowler's decision.

Second, the facts of *Smajlaj v. Brocade Communications Systems, Inc.* No. 05-02042 (N.D. Cal. Jan. 2006) (CRB) are inapplicable to the facts before this Court. In *Brocade Communications*, the court declined to appoint as lead plaintiff a hedge fund that failed to evidence that it had authority to bring the motion, or even to explain its complex corporate structure to the court:

> In particular, the Court is concerned about an apparent reluctance by Interpid to turn over documentation of its authority to litigate this matter to the Court, as well as the continuous 'new' revelations that appear to expose the somewhat complicated and intricate structure of the company.

DOCS\342379v1

*Id.* at 4. These issues were not raised against the Biogen Institutional Investor Group, nor could they have been. The *Brocade Communications* decision stands for the unremarkable proposition that a movant whose description of its corporate structure changes repeatedly and who has failed to demonstrate its authority to bring the motion should not be appointed as lead plaintiff. That holding has no application here. Despite the London Group's arguments, Judge Bowler correctly concluded, on a full record and after holding two hearings, that the Biogen Institutional Investor Group demonstrated the largest financial interest and was adequate and typical and that, therefore, it should be appointed lead plaintiff. Judge Bowler's decision should stand.

DATED: February 8, 2006

Respectfully submitted,

**MOULTON & GANS, P.C.**
By:

/s/
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
*Liaison Counsel*

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Frank S. Rossi II
280 Park Ave, 26 Floor West
New York, NY 10017
Telephone: (212) 894-7200

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Sanford P. Dumain
Richard Weiss
Andrei V. Rado
Ann Lipton
One Pennsylvania Plaza
New York, NY 10119

Telephone: (212) 594-5300

***Co-Lead Counsel***

Case 1:05-cv-10400-WGY    Document 74    Filed 02/08/2006    Page 4 of 7

## CERTIFICATE OF SERVICE

I, Andrei V. Rado, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the foregoing to be served by regular U.S. Mail to all parties listed on the attached service list on this 8th day of February 2006.

*Andrei V. Rado*

## Service List

*Counsel for Plaintiffs*

David Pastor
Douglas M. Brooks
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850
Fax: (781) 231-7840

Eric J. Belfi
Aaron D. Patton
**MURRAY, FRANK & SAILER LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Jeffrey C. Block
Leslie R. Stern
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194

Marc A. Topaz
Richard A. Maniskas
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
(610) 667-7056

Michael Goldberg
Dale MacDiarmid
**GLANCY, BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160

Jules Brody
Aaron Brody
Michael J. Klein
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel.: (212) 687-7230
Fax.: (212) 687-7230

| | |
|---|---|
| Vincent R. Cappucci<br>Stephen D. Oestreich<br>Robert N. Cappucci<br>**ENTWISTLE & CAPPUCCI LLP**<br>299 Park Avenue<br>New York, NY 10171<br>Tel.: (212) 894-7200<br>Fax: (212) 894-7272 | Thomas G. Shapiro<br>Theodore M. Hess-Mahan<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Tel.: (617) 439-3939<br>Fax: (617) 439-0134 |
| Samuel H. Rudman<br>David A. Rosenfeld<br>**LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>200 Broadhollow Road, Ste. 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173 | William S. Lerach<br>Darren J. Robbins<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel.: (619) 231-1058<br>Fax: (619) 231-7423 |

*Counsel for Defendants*

James R. Carroll
Matthew J. Matule
Michael S. Hines
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Beacon Street
Boston, MA 02108
Tel.: (617) 573-4800