# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Theodore M. Hess-Mahan
Matthew L. Tuccillo
Adam M. Stewart
Robert E. Ditzion

*Counsel*
Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ted@shulaw.com

July 7, 2006

**BY ELECTRONIC CASE FILING SYSTEM**
Honorable Reginald C. Lindsay
United States District Judge
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Brown v. Biogen Idec Inc. et al*, C.A. No. 1:05-cv-10400-RCL

Dear Judge Lindsay:

    I serve as Liaison Counsel to The London Pensions Fund Authority and National Elevator Industry Pension Fund, who are seeking appointment as Lead Plaintiffs in the above-referenced securities class action.

    In a conversation with the Assistant Clerk to the Court on June 14, 2006, I advised the Court that the Plaintiffs had reached an agreement on the issue of Lead Plaintiff that, subject to the Court's approval, would resolve the outstanding motions and objections relating to Magistrate Bowler's electronic Order dated September 23, 2005 appointing the members of the Biogen Institutional Investor Group as Lead Plaintiff. Before a stipulation could be finalized and submitted to the Court, however, counsel for the Biogen Institutional Investor Group indicated that they were no longer willing to proceed with the agreement that had been reached between the plaintiffs.

    As a result, Plaintiffs The London Pensions Fund Authority and National Elevator Industry Pension Fund respectfully request that the Court consider the earlier-filed Objection and any responses thereto and issue a ruling in due course. Counsel for the Biogen Institutional Investor Group has indicated that they do not oppose this request.

        Sincerely,

        **/s/Theodore M. Hess-Mahan**
        Theodore M. Hess-Mahan

cc:    Counsel of Record