UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re BIOGEN IDEC, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 05-10400-RCL |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves the Court to enter an Order granting leave to David A. Rosenfeld of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Rosenfeld has been a member in good standing of the bar of New York since 2000.

2. There are no disciplinary proceedings against Mr. Rosenfeld as a member of the bar in any jurisdiction.

3. Mr. Rosenfeld has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, Mr. Rosenfeld has submitted herewith his Certification for Admission Pro Hac Vice as Required by Local Rule 83.5.3.

DATED: August 31, 2006    Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re BIOGEN IDEC, INC. SECURITIES LITIGATION | ) Master File No. 05-10400-RCL<br>)<br>) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>) |

CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3. OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, David A. Rosenfeld, hereby certify that:

1. I am a partner in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Suite 200, Melville, NY 11747. I was admitted to the bar of New York in 2000.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: August 31, 2006

Respectfully submitted,

DAVID A. ROSENFELD
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

S:\WordTools\WordCaps\Biogen Idec.doc