UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE BIOGEN IDEC, INC.              :  Civil Action
SECURITIES LITIGATION                :  No. 05-10400-RCL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## NOTICE OF APPEARANCE

      Please enter my appearance as counsel of record for defendants Burt A. Adelman, Peter N. Kellogg and William Rohn in the above-captioned action.

| | |
|---|---|
| Dated: November 14, 2006<br>      Boston, Massachusetts | Respectfully submitted, |
| | /s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| | Counsel for Defendants Biogen Idec Inc.,<br>James C. Mullen, Burt A. Adelman,<br>Peter N. Kellogg, William H. Rastetter<br>and William Rohn |

## CERTIFICATE OF SERVICE

      I, James R. Carroll, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 14, 2006.

Dated: November 14, 2006            /s/ James R. Carroll
                                                       James R. Carroll