UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE BIOGEN IDEC, INC.,           :    Civil Action
SECURITIES LITIGATION              :    No. 05-10400-RCL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT MOTION FOR LEAVE TO FILE
<u>MEMORANDA IN EXCESS OF TWENTY PAGES</u>**

Lead plaintiffs, the Biogen Institutional Investor Group ("Plaintiffs") and defendants Biogen Idec, Inc., James C. Mullen, Burt A. Adelman, Peter N. Kellogg, William H. Rastetter and William Rohn (collectively, "Defendants") hereby move this Court for an Order, pursuant to Local Rule 7.1(B)(4), for leave to file memoranda of law in connection with Defendants' motion to dismiss up to 15 pages in excess of the 20-page limitation.  As grounds for this motion, the parties jointly state as follows:

      1.      Memoranda in excess of 20 pages are necessary to address the 435-paragraph, 149-page Consolidated Class Action Complaint, which asserts claims pursuant to Sections 10(b), 20(a) and 20(A) of the Securities Exchange Act of 1934 (15 U.S.C. § 78a <u>et seq</u>.), and challenges 89 statements made over a 12-month putative class period.

      2.      The parties will not unduly burden the Court.  Defendants are submitting a <u>joint</u> brief on behalf of <u>six</u> of the seven named defendants.  The parties assert that this unified briefing will better assist the Court in evaluating the arguments presented therein, and is being submitted for the convenience of the Court.

      3.      The parties will be prejudiced if they are not permitted to file memoranda in excess of 20 pages, in that they will be forced to forego certain arguments or depth of analysis

of case law, all of which are necessary for the full and fair consideration by the Court of Defendants' motion to dismiss.

WHEREFORE, the parties respectfully move this Court to grant the foregoing Joint Motion and permit the filing of opening and opposition briefs in connection with Defendants' motion to dismiss that will not exceed 35 pages.

Dated: November 14, 2006
      Boston, Massachusetts

Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
MOULTON & GANS, P.C.
55 Cleveland Road
Wellesley, Massachusetts 02481
(781) 235-2246

Sanford P. Dumain
Richard Weiss
Ann E. Gittleman
MILBERG WEISS BERSHAD &
SCHULAM LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon L. Hopkins
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

Counsel for Lead Plaintiffs

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
Biogen Idec Inc., James C. Mullen,
Burt A. Adelman, Peter N. Kellogg,
William H. Rastetter and William Rohn

**CERTIFICATE OF SERVICE**

I, Michael S. Hines, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 14, 2006.

Dated: November 14, 2006   /s/ Michael S. Hines
                                        Michael S. Hines