UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE BIOGEN IDEC, INC.              :  Civil Action
SECURITIES LITIGATION                :  No. 05-10400-RCL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendants Burt A. Adelman, Peter N. Kellogg and William Rohn in the above-captioned action.

Dated: November 14, 2006                Respectfully submitted,
        Boston, Massachusetts

                                        /s/ Michael S. Hines
                                        Michael S. Hines (BBO #653943)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        One Beacon Street
                                        Boston, Massachusetts 02108
                                        (617) 573-4800

                                        Counsel for Defendants Biogen Idec Inc.,
                                        James C. Mullen, Burt A. Adelman,
                                        Peter N. Kellogg, William H. Rastetter
                                        and William Rohn

## CERTIFICATE OF SERVICE

I, Michael S. Hines, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 14, 2006.

Dated: November 14, 2006                /s/ Michael S. Hines
                                        Michael S. Hines