**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | : : : | C.A. No. 05-10400 (RCL) |
|---|---|---|

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of James M. Evangelista, Esquire, and Stuart J. Guber, Esquire, of Motley Rice LLC, of Atlanta, Georgia for the Biogen Institutional Investor Group. Attorneys Evangelista and Guber each certify (see Certificates attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Defendants do not oppose this motion.

I have filed an appearance in the above-entitled action. A check for $100 (One hundred dollars) is being mailed to the Court on this day.

Dated: November 29, 2006          Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

**LOCAL RULE 7.1 CERTIFICATE**

I, Nancy Freeman Gans, hereby certify that on November 28, 2006, I consulted via email with Michael S. Hines, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all Defendants, concerning the within Motion.  Defendants do not oppose this motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and/or PDF electronic mail.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

- -

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: BIOGEN IDEC, INC., SECURITIES LITIGATION | ) ) ) | 1:05-10400 (RCL) |
| This Document Relates To:  All Actions | ) ) ) | |

# CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, James M. Evangelista, hereby certify that:

1. I am a member in good standing of the bars of the states of Northern District of Georgia, the Eastern and Southern Districts of New York, the District of New Jersey and the District of Columbus.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**MOTLEY RICE  LLC**

 /s/ James M. Evangelista
James M. Evangelista
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30265
404.201.6900

Dated: November 14, 2006

L:\SECURITIES & CONSUMER FRAUD\470 - SECURITIES FRAUD\BIOGEN IDEC INC SECURITIES (413711_000)\PLEADINGS\MOTIONS\PRO HAC VICE CERT (2) .DOC - November 27, 2006 (11:27AM)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | )  |                    |
|---|---|---|
| IN RE: BIOGEN IDEC, INC., SECURITIES LITIGATION | ) ) | 1:05-10400 (RCL) |
| | ) | |
| This Document Relates To:  All Actions | ) | |
| | ) | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Stuart J. Guber, hereby certify that:

1. I am a member in good standing of the bars of the states of the Northern District of Georgia, the Eastern District of Pennsylvania, the District of Colorado., Court of Appeals and the Third, Eighth, Tenth and Eleventh Circuits.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**MOTLEY RICE  LLC**

 /s/ Stuart J. Guber
Stuart J. Guber
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30265
404.201.6900

Dated: November 14, 2006

L:\SECURITIES & CONSUMER FRAUD\470 - SECURITIES FRAUD\BIOGEN IDEC INC SECURITIES (413711_000)\PLEADINGS\MOTIONS\PRO HAC VICE CERT (1) .DOC - November 27, 2006 (11:23AM)