UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE BIOGEN IDEC, INC. | ) | CIVIL ACTION |
| SECURITIES LITIGATION | ) | NO. 05-10400-RCL |
| | ) | |

NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant Thomas Bucknum in the above captioned action.

Dated: December 15, 2006                    Respectfully submitted,

                                /s/ Mark A. Berthiaume
                                Mark A. Berthiaume (BBO#041715)
                                GREENBERG TRAURIG, LLP
                                One International Place
                                Boston, MA 02110
                                Tel: (617) 310-6000
                                Fax: (617) 310-6001

CERTIFICATE OF SERVICE

I, Mark A. Berthiaume, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on December 15, 2006.

                                /s/ Mark A. Berthiaume
                                Mark A. Berthiaume

bos-fs1\210085v01