UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE BIOGEN IDEC, INC.                    )    Civil Action
SECURITIES LITIGATION                      )    No. 05-10400-RCL
_____)

### STIPULATION REGARDING BRIEFING SCHEDULE
### (THOMAS BUCKNUM)

The Lead Plaintiffs ("Plaintiffs") and defendant, Thomas Bucknum ("Bucknum"), hereby stipulate to the following briefing schedule related to the Consolidated Class Action Complaint ("Amended Complaint") and any motion to dismiss to be filed by Bucknum:

1.  On or before January 10, 2007, Bucknum shall file his motion to dismiss in response to the Amended Complaint;

2.  Any opposition to Bucknum's motion to dismiss shall be filed by Plaintiffs on or before February 9, 2007; and

3.  Any motion for leave to file a reply brief to the Plaintiffs' opposition shall be filed by Bucknum on or before February 26, 2007, together with the proposed reply.

Dated: December 15, 2006                    Respectfully Submitted:

**MOULTON & GANS, P.C.**                    **THOMAS BUCKNUM**
By: __/s/ Nancy Freeman Gans___             By:___/s/ Mark A. Berthiaume____
Nancy Freeman Gans, BBO #184540             Mark A. Berthiaume, BBO #041715
55 Cleveland Road                           Timothy E. Maguire, BBO #630773
Wellesley, MA 02481                         GREENBERG TRAURIG, LLP
(781) 235-2246                              One International Place, 20th Fl.
                                            Boston, MA 02110
**Plaintiff's Liaison Counsel**             (617) 310-6000

                                            **Counsel for Defendant**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Sanford P. Dumain
Richard H. Weiss
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
(212) 868-1229

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon Hopkins
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200
(212) 894-7272

**Lead Counsel for Plaintiffs**

                          SO ORDERED.

                          _____
                          Reginald C. Lindsay
                          United States District Judge

## CERTIFICATE OF SERVICE

      I, Mark A. Berthiaume, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on December 15, 2006.

                          /s/ Mark A. Berthiaume
                          Mark A. Berthiaume