UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE BIOGEN IDEC, INC. | ) | CIVIL ACTION |
| SECURITIES LITIGATION | ) | NO. 05-10400-RCL |
| | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant Thomas Bucknum in the above captioned action.

Dated:  December 15, 2006                           Respectfully submitted,

　                                                           /s/  Timothy E. Maguire
　                                                          Timothy E. Maguire (BBO#630773)
　                                                          GREENBERG TRAURIG, LLP
　                                                          One International Place
　                                                          Boston, MA 02110
　                                                          Tel:  (617) 310-6000
　                                                          Fax:  (617) 310-6001

## CERTIFICATE OF SERVICE

I, Timothy E. Maguire, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on December 15, 2006.

　                                                          /s/ Timothy E. Maguire
　                                                          Timothy E. Maguire

bos-fs1\210083v01