**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE BIOGEN IDEC, INC.** | ) | **CIVIL ACTION** |
| **SECURITIES LITIGATION** | ) | **NO.  05-10400-RCL** |
| | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant Thomas Bucknum in the

above captioned action.

Dated:  December 15, 2006                    Respectfully submitted,


                                                          /s/  Edward E. Hale, Jr.
                                                          Edward E. Hale, Jr. (BBO#651272)
                                                          GREENBERG TRAURIG, LLP
                                                          One International Place
                                                          Boston, MA 02110
                                                          Tel:  (617) 310-6000
                                                          Fax:  (617) 310-6001


## CERTIFICATE OF SERVICE

I, Edward E. Hale, Jr., hereby certify that a true copy of the foregoing document filed
through the ECF system will be electronically sent to the registered participants as identified on
the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered
participants on December 15, 2006.

                                                          /s/ Edward E. Hale, Jr.
                                                          Edward E. Hale, Jr.


bos-fs1\210085v01