UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOGEN IDEC, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>) | Civil Action<br>No. 05-10400-RCL |

## STIPULATION REGARDING BRIEFING SCHEDULE
### (THOMAS BUCKNUM)

The Lead Plaintiffs ("Plaintiffs") and defendant, Thomas Bucknum ("Bucknum"), hereby stipulate to the following briefing schedule related to the Consolidated Class Action Complaint ("Amended Complaint") and any motion to dismiss to be filed by Bucknum:

1. On or before January 10, 2007, Bucknum shall file his motion to dismiss in response to the Amended Complaint;

2. Any opposition to Bucknum's motion to dismiss shall be filed by Plaintiffs on or before February 9, 2007; and

3. Any motion for leave to file a reply brief to the Plaintiffs' opposition shall be filed by Bucknum on or before February 26, 2007, together with the proposed reply.

Dated: December 15, 2006                                    Respectfully Submitted:

**MOULTON & GANS, P.C.**                                    **THOMAS BUCKNUM**
By: __/s/ Nancy Freeman Gans____                            By:___/s/ Mark A. Berthiaume_____
Nancy Freeman Gans, BBO #184540                             Mark A. Berthiaume, BBO #041715
55 Cleveland Road                                           Timothy E. Maguire, BBO #630773
Wellesley, MA 02481                                         GREENBERG TRAURIG, LLP
(781) 235-2246                                              One International Place, 20th Fl.
                                                            Boston, MA 02110
**Plaintiff's Liaison Counsel**                             (617) 310-6000

                                                            **Counsel for Defendant**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Sanford P. Dumain
Richard H. Weiss
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
(212) 868-1229

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon Hopkins
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200
(212) 894-7272

**Lead Counsel for Plaintiffs**

                                    SO ORDERED.

                                    /s/ Reginald C. Lindsay , USDJ

December 28, 2006