UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| *In re Biogen Idec, Inc. Securities Litigation* | Civil Action No. 05-cv-10400 (RCL) |
|---|---|

### NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad & Schulman LLP has changed its name to Milberg Weiss & Bershad LLP.  The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: January 4, 2007

    Respectfully submitted,

    MILBERG WEISS & BERSHAD LLP
    By: /s/ Ann E. Gittleman
    Ann Gittleman
    Sanford P. Dumain
    Richard Weiss
    One Pennsylvania Plaza
    New York, New York 10119-0165
    Telephone: (212) 594-5300
    Facsimile: (212) 868-1229
    *Lead Counsel for Plaintiffs*

    MOULTON & GANS, P.C.
    Nancy Freeman Gans, BBO # 184540
    55 Cleveland Road
    Wellesley, MA 02481
    Telephone: (781) 235-2246
    Facsimile (781) 239-0353
    *Liaison Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF.

                                          /s/ Nancy Freeman Gans
                                                 Nancy Freeman Gans