**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | : : : | C.A. No. 05-10400 (RCL) |
|---|---|---|

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Seth A. Brookman, Esquire, of Entwistle & Cappucci LLP, of New York, New York for the Biogen Institutional Investor Group.  Attorney Brookman certifies (see Certificate attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Defendants do not oppose this motion.

I have filed an appearance in the above-entitled action.  A check for $50(Fifty dollars) is being mailed to the Court on this day.

Dated: January 23, 2007           Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

## LOCAL RULE 7.1 CERTIFICATE

  I, Nancy Freeman Gans, hereby certify that on January 23, 2007, I consulted via email with Michael S. Hines, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all Defendants, concerning the within Motion.  Defendants do not oppose this motion.

                /s/ Nancy Freeman Gans
                Nancy Freeman Gans


## CERTIFICATE OF SERVICE

  I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and/or PDF electronic mail.

                /s/ Nancy Freeman Gans
                Nancy Freeman Gans

- -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

| | |
|---|---|
| In re: BIOGEN IDEC, INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) |

C.A. No. 05-10100 (RCL)

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Seth A. Brookman, hereby certify that:

1. I am a member in good standing of the bars of the states of New York and New Jersey. I am a member in good standing of the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

ENTWISTLE & CAPPUCCI LLP

/s/ Seth A. Brookman
Seth A. Brookman
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200