## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| In Re: BIOGEN IDEC, INC., SECURITIES LITIGATION | : : : | C.A. No. 05-10400 (RCL) |
|---|---|---|

## MOTION TO ADMIT PRO HAC VICE

      Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Ann E. Gittleman, Esquire, of Milberg Weiss & Bershad, LLP, of New York, New York for the Biogen Institutional Investor Group.  Attorney Gittleman certifies (see Certificate attached to this motion) that (1) she is a member of the bar in good standing in all jurisdictions where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Defendants do not oppose this motion.

      I have filed an appearance in the above-entitled action.  A check for $50 (Fifty dollars) is being mailed to the Court on this day.

Dated: February 7, 2007

Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

## LOCAL RULE 7.1 CERTIFICATE

  I, Nancy Freeman Gans, hereby certify that on February 6-7, 2007, I consulted via email with Mark Berthiaume, Esquire, of Greenberg, Traurig, counsel for Thomas Bucknum and with Michael S. Hines, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all other Defendants, concerning the within Motion. Defendants do not oppose this motion.

                /s/ Nancy Freeman Gans
                Nancy Freeman Gans

## CERTIFICATE OF SERVICE

  I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and/or PDF electronic mail.

                /s/ Nancy Freeman Gans
                Nancy Freeman Gans

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOGEN IDEC, INC. SECURITIES LITIGATION | : Civil Action No. 05-cv-10400 (RCL)<br>:<br>: CLASS ACTION |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Ann E. Gittleman, hereby certify that:

1. I am admitted to the bar of the State of New York and the Commonwealth of Massachusetts. I am also admitted to practice in the following United States District Courts: the Southern District of New York and the Eastern District of New York

2. I am in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February 7, 2007          **MILBERG WEISS & BERSHAD LLP**

                                 By:   /s Ann E. Gittleman
                                       Ann E. Gittleman
                                       One Pennsylvania Plaza
                                       New York, New York  10119
                                       212.594.5300