**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: BIOGEN IDECC, INC., SECURITIES LITIGATION )<br>)<br>)<br>This Document Relates To: All Actions ) | 1:05-10400 (RCL) |

**MOTION TO ADMIT PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Ann K. Ritter, Esquire of Motley Rice LLC, of Charleston, SC for the Biogen Institutional Investor Group. Attorney Ritter certifies (see Certificate attached to this motion) that (1) she is a member of the bar in good standing in all jurisdictions where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Defendants do not oppose this motion.

I have filed an appearance in the above-entitled action. A check for $50 Fifty dollars) is being mailed to the Court on this day

Dated: May 3, 2007                                Respectfully submitted:

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on May 2, 2007, I consulted via email with Mark Berthiaume, Esquire, of Greenberg, Traurig, counsel for Thomas Bucknum and with James R. Carroll, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all other Defendants, via email and letter on May 2-3, 2007 concerning the within Motion. Defendants do not oppose this motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and/or PDF electronic mail.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |   |
|---|---|---|
| IN RE: BIOGEN IDECC, INC., SECURITIES LITIGATION | ) ) ) ) | 1:05-10400 (RCL) |
| This Document Relates To: All Actions | ) | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Ann K. Ritter, hereby certify that:

1. I am admitted to the bars of the states of South Carolina, Tennessee and am also admitted to the bar of the United States Court of Appeals for the Eleventh Circuit.

2. I am in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 2, 2007           MOTLEY RICE LLC

By:      /s/  Ann K. Ritter
Ann K. Ritter (JE 1246)
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone: (843) 216-9000