UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*In re Biogen Idec, Inc. Securities Litigation*   Civil Action No. 05-cv-10400 (RCL)

NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss & Bershad LLP has changed its name to Milberg Weiss LLP. The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: July 17, 2007

                                      Respectfully submitted,

                                      MOULTON & GANS, P.C.
                                      By: /s/ Nancy Freeman Gasn
                                      Nancy Freeman Gans, BBO # 184540
                                      55 Cleveland Road
                                      Wellesley, MA 02481
                                      Telephone: (781) 235-2246
                                      Facsimile (781) 239-0353
                                      *Liaison Counsel for Plaintiffs*

                                      MILBERG WEISS LLP
                                      Ann Gittleman
                                      Sanford P. Dumain
                                      Richard Weiss
                                      One Pennsylvania Plaza
                                      New York, New York 10119-0165
                                      Telephone: (212) 594-5300
                                      Facsimile: (212) 868-1229
                                      *Lead Counsel for Plaintiffs*

## Certificate of Service

      I, Ann E. Gittleman, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

                                                /s/ Ann E. Gittleman  
                                                Ann E. Gittleman