UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| IN RE BIOGEN IDEC, INC. | : Civil Action |
| SECURITIES LITIGATION | : No. 05-10400-WGY |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO RESCHEDULE**

Defendants Biogen Idec, Inc., James Mullen, Burt Adelman, Peter Kellogg, William Rastetter and William Rohn ("Defendants") respectfully oppose Plaintiffs' motion to postpone the motion hearing on Defendants' motion to dismiss currently scheduled for September 11, 2007:

1. This case, filed in March 2005, has lingered too long already. It is particularly unjust to prolong a case in which individuals are accused -- and quite baselessly so -- of fraud.

2. While Defendants certainly appreciate the demands of Plaintiffs' counsels' other matters, we do not think it practical for Plaintiffs to have requested a continuance to a date certain without first inquiring with the Court's clerk to see if such date was even available (which we understand was not done).

3. If convenient to the Court's calendar, however, Defendants have no objection to rescheduling the motion hearing for a date <u>earlier</u> than September 11, 2007.

Dated:  August 8, 2007
Boston, Massachusetts

Respectfully submitted,

/s/  James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
jcarroll@skadden.com
mmatule@skadden.com
mhines@skadden.com

Counsel for Defendants Biogen Idec Inc.,
James C. Mullen, Burt A. Adelman,
Peter N. Kellogg, William H. Rastetter
and William Rohn

**CERTIFICATE OF SERVICE**

I, Michael S. Hines, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 8, 2006.

Dated:  August 8, 2007     /s/ Michael S. Hines
                                            Michael S. Hines