UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re Biogen Idec, Inc. Securities Litigation* | X : : : : : : X | Civil Action No. 05-cv-10400 (RCL)<br><br>CLASS ACTION |

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 59(e)
MOTION FOR CLARIFICATION OF THE COURT'S ORDER
ALLOWING DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully move the Court, pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 59(e), for an order clarifying the Court's Order entered on September 14, 2007 to allow Plaintiffs 14 days from the resolution of the instant motion to amend the Conformed Consolidated Class Action Complaint.  An accompanying memorandum of law in support of Plaintiffs' motion stating the reasons why the motion should be granted is submitted herewith.

Dated:  September 28, 2007

**MOULTON & GANS, P.C.**
By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO # 184540
55 Cleveland Road
Wellesley, MA  02481
Telephone:  (781) 235-2246
Facsimile:  (781) 239-0353
*Liaison Counsel for Lead Plaintiffs*

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon L. Hopkins
280 Park Avenue, 26th Floor West
New York, NY  10017
Telephone: (212) 894-7200
Facsimile:  (212) 894-72729

**MILBERG WEISS LLP**
Sanford P. Dumain
Richard Weiss
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Lead Counsel for Plaintiffs*

2

## LOCAL RULE 7.1 CERTIFICATION

I, Nancy F. Gans, hereby certify that on September 28, 2007, I consulted via e-mail with Mark Berthiaume, Esquire, of Greenberg, Traurig, counsel for Defendant Thomas Bucknum, and James Carroll, Esquire of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Biogen IDEC, Inc., William H. Rastetter, James C. Mullen, Peter N. Kellogg, William Rohn and Burt A. Adelman (the "Biogen Defendants"), concerning the within Motion and the Biogen Defendants oppose the motion.

/s/ Nancy F. Gans____
Nancy F. Gans

## CERTIFICATE OF SERVICE

I, Nancy F. Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF.

/s/ Nancy F. Gans_____
Nancy F. Gans