UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOGEN IDEC, INC.<br>SECURITIES LITIGATION | ) <br> ) CIVIL ACTION <br> ) NO. 05-10400-WGY <br> ) |

**DEFENDANT THOMAS J. BUCKNUM'S OPPOSITION
TO PLAINTIFFS' MOTION FOR "CLARIFICATION"**

For the reasons stated in the Opposition to Plaintiffs' Motion for "Clarification" filed on October 4, 2007 by Defendants Biogen Idec, Inc., James Mullen, Burt Adelman, Peter Kellogg, William Rastetter and William Rohn, Defendant Thomas J. Bucknum similarly opposes Plaintiffs' Federal Rule of Civil Procedure 59(e) Motion for Clarification of the Court's Order Allowing Defendants' Motion to Dismiss, which Plaintiffs filed on September 28, 2007.

Respectfully submitted,

/s/ Mark A. Berthiaume
Mark A. Berthiaume (BBO #041715)
Timothy E. Maguire (BBO #630773)
Edward E. Hale, Jr. (BBO #651272)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Dated: October 4, 2007        Fax: (617) 310-6001

**CERTIFICATE OF SERVICE**

I, Mark A. Berthiaume, hereby certify that on October 4, 2007 a true copy of the foregoing document was filed through the ECF system and served electronically upon registered ECF participants as identified on the Notice of Electronic Filing, and I further certify that paper copies of the foregoing document will be sent to counsel of record not registered with ECF on October 4, 2007.

/s/ Mark A. Berthiaume
Mark A. Berthiaume