UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re Biogen Idec, Inc. Securities Litigation* | X<br>:  Civil Action No. 05-cv-10400 (WGY)<br>:<br>:  CLASS ACTION<br>X |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that New Jersey Carpenters Pension & Annuity Funds, Folksam Asset Management, Third Millennium Trading, LLP, Deerfield Beach Non-Uniformed Municipal Employees Retirement Plan, Plumbers and Pipefitters Local No. 520 Pension Fund, and Horatio Capital LLC, the Court-appointed Lead Plaintiffs ("Lead Plaintiffs") in the above-captioned civil action, on behalf of themselves and the proposed class of purchasers of Biogen common stock during the period from February 18, 2004 through February 28, 2005, inclusive,[1] hereby amend the Notice of Appeal filed on October 15th, 2007 and appeal to the United States Court of Appeals for the First Circuit from:  (1) the Order dismissing the Consolidated Class Action Complaint for Violations of the Federal Securities Laws entered in the above action on the 14th day of September, 2007 (the "Order"), docket #111; (2) the Memorandum issued in connection therewith entered in the above action on the 25th day of October, 2007, docket #121;

---

[1]   A class has not yet been certified in this action.

(3) the final judgment associated therewith, which has yet to be issued; and (4) the Order denying Motion for Clarification entered in the above action on the 29th of October, 2007, (no docket number).

| | |
|---|---|
| Dated:      November 19, 2007 | **MOULTON & GANS, P.C.** |
| | By: /s/ Nancy Freeman Gans |
| | Nancy Freeman Gans, BBO # 184540 |
| | 55 Cleveland Road |
| | Wellesley, MA  02481 |
| | Telephone:  (781) 235-2246 |
| | Facsimile:  (781) 239-0353 |
| | *Liaison Counsel for Lead Plaintiffs* |

| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **MILBERG WEISS LLP** |
| Vincent R. Cappucci | Sanford P. Dumain |
| Stephen D. Oestreich | Richard Weiss |
| Robert N. Cappucci | One Pennsylvania Plaza |
| Shannon L. Hopkins | New York, NY  10119-0165 |
| 280 Park Avenue, 26th Floor West | Telephone:  (212) 594-5300 |
| New York, NY  10017 | Facsimile:  (212) 868-1229 |
| Telephone:  (212) 894-7200 | |
| Facsimile:  (212) 894-7272 | |

*Co-Lead Counsel for Lead Plaintiffs*