# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-2626

USDC Docket Number : 05-cv-10400

Charles Brown

v.

Biogen Idec, Inc.,

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: Amended Notice of Appeal #122

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 20, 2007.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/20/07.

*[signature]*
Deputy Clerk, US Court of Appeals

- 3/06