## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BIOGEN IDEC, INC., SECURITIES LITIGATION  ) ) ) ) | 1:05-10400 (WGY) |
| This Document Relates To: All Actions    ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES M. EVANGELISTA

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the appearance of James M. Evangelista is hereby withdrawn in the above-captioned matter.  Please remove Mr. Evangelista from the docket as counsel of record for Biogen Investor Group in this action.  Plaintiff, Biogen Investor Group will continue to be represented by Ann K. Ritter of Motley Rice.

Dated:  January 31, 2008

Respectfully submitted:

/s/ Ann K. Ritter_____
Ann K. Ritter
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
Fax: 843-216-9450
Email: aritter@motleyrice.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I, Ann K. Ritter, hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and/or PDF electronic mail.

/s/ Ann K. Ritter_____
Ann K. Ritter