UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re Biogen Idec, Inc. Securities Litigation* | X<br>:  Civil Action No. 05-cv-10400 (WGY)<br>:<br>:  CLASS ACTION<br>:<br>:<br>:<br>X |

### NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP. The office address, telephone number and facsimile number remain the same; however, e-mail addresses have changed to reflect milberg.com as the domain name.

Dated: March 27 2008

                                           Respectfully submitted,

                                           **MOULTON & GANS, PC**

                                           /s/ Nancy Freeman Gans
                                           Nancy Freeman Gans
                                           55 Cleveland Road
                                           Wellesley, Massachusetts 02481
                                           Telephone: (781) 235-2246
                                           nlfgans@gmail.com

**MILBERG LLP**

By: /s/ Richard H. Weiss
Sanford P. Dumain
Richard H. Weiss
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
sdumain@milberg.com
rweiss@milberg.com

*Co-Lead Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Notice of Change of Law Firm Name was served upon the attorney of record for each party via ECF.

                /s/ Nancy Freeman Gans
                Nancy Freeman Gans