# United States Court of Appeals
## For the First Circuit

No. 07-2626

NEW JERSEY CARPENTERS PENSION & ANNUITY FUNDS; FOLKSAM ASSET MANAGEMENT; THIRD MILLENNIUM TRADING LLP; DEERFIELD BEACH NON-UNIFORMED MUNICIPAL EMPLOYEES RETIREMENT PLAN; PLUMBERS AND PIPEFITTERS LOCAL NO. 520 PENSION FUND; HORATIO CAPITAL LLC,

Plaintiffs, Appellants,

CHARLES BROWN, Individually and on Behalf of All Others Similarly Situated; ROCHELLE LOBEL; BIOGEN INSTITUTIONAL INVESTOR GROUP; LONDON PENSIONS FUND AUTHORITY; NATIONAL ELEVATOR INDUSTRY PENSION FUND; CARY GRILL, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

BIOGEN IDEC INC.; WILLIAM RASTETTER; JAMES MULLEN; BURT ADELMAN; THOMAS BUCKNUM; PETER N. KELLOGG; WILLIAM ROHN,

Defendants, Appellees.

### JUDGMENT

Entered: August 7, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Alba, Mr. Berthiaume, Mr. Block, Mr. Brookman, Mr. Brooks, Mr. Cappucci, Mr. Cappucci, Mr. Carroll, Mr. Dumain, Mr. Evangelista, Ms. Gans, Ms. Gittleman, Mr. Guber, Mr. Hale, Mr. Hines, Ms. Hopkins, Ms. Lipton, Mr. Maguire, Mr. Matule, Mr. Oestreich, Mr. Pastor, Ms. Ritter, Mr. Rosenfeld, Mr. Shapiro, Mr. Weiss.